UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA HANNEMAN, a single woman, and as next of friend of J.M., a minor child,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEND OREILLE COUNTY, a municipal corporation; JERRY WEEKS, and JANE DOE WEEKS, his wife, and the marital community composed thereof; DEPUTY JOHN DOE, and JANE DOE, his wife, and the marital community composed thereof; DAVID TREFRY, and JANE DOE TREFRY, his wife, and the martial community composed thereof; KATHY BENNETT, and JOHN DOE BENNETT, her husband, and the martial community composed thereof; KIM VANDOREN, and JOHN DOE VANDOREN, her husband, and the martial community composed thereof; TIM ABBEY, and JANE DOE ABBEY, his wife, and the martial community composed thereof; SHARON SAITO, her husband, JOHN DOE SAITO, and the martial community composed thereof,<br><br>　　　　Defendants. | NO. CV-07-196-EFS<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF CERTAIN DEFENDANTS** |

ORDER * 1

1  By Stipulation filed January 29, 2008 (Ct. Rec. 37), the parties
2 advised the Court that Defendants Pend Oreille County, Jerry Weeks and
3 Jane Doe Weeks, Deputy John Doe and Jane Doe, and David Trefrey and Jane
4 Doe Trefrey should be dismissed with prejudice without costs or fees
5 awarded to any party.

6  Therefore, **IT IS HEREBY ORDERED**: The parties' stipulated motion
7 **(Ct. Rec. 37)** is **GRANTED**.  Defendants Pend Oreille County, Jerry Weeks
8 and Jane Doe Weeks, Deputy John Doe and Jane Doe, and David Trefrey and
9 Jane Doe Trefrey should be dismissed with prejudice without costs or fees
10 awarded to any party.  The case caption shall be amended to reflect the
11 dismissal of these Defendants.

12  **IT IS SO ORDERED.**  The District Court Executive is directed to enter
13 this Order and to provide copies to counsel.

14  **DATED** this ___11th___ day of February 2008.

16                     S/ Edward F. Shea
                       EDWARD F. SHEA
17              United States District Judge

19 Q:\Civil\2007\196.Stip.Part.Dismiss.wpd

ORDER * 2