UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA HANNEMAN, a single woman, and as next of friend of J.M., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>KATHY BENNETT and JOHN DOE BENNETT, her husband, and the marital community composed thereof; KIM VAN DOREN and JOHN DOE VAN DOREN, her husband, and the marital community composed thereof; TIM ABBEY and JANE DOE ABBEY, his wife, and the marital community composed thereof; SHARON SAITO and JOHN DOE SAITO, her husband, and the marital community composed thereof,<br><br>Defendants. | NO. CV-07-196-EFS<br><br>**ORDER OF DISMISSAL** |

By stipulation filed April 9, 2008 (Ct. Rec. 46), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

ORDER * 1

Therefore, **IT IS ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending motions are denied as moot;

3. All hearing and trial dates are stricken; and

4. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this     11th      day of April 2008.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2007\196.Stip.Dismiss.wpd

ORDER * 2